

# DAVID A. MENDOZA, ATTORNEY AT LAW
### MENDOZA LAW OFFICES, PLLC
### 608 S. GUADALUPE STREET
### SAN MARCOS, TEXAS 78666



June 2, 2015

Ms. Lori Schmid
CSR, Hays County Court at Law
Hays County Government Center
712 S. Stagecoach Trail, Suite 2292
San Marcos, Texas 78666

RE:        WRIT HABEAS CORPUS - State of Texas v. Jose Concepcion Loredo
Cause No.:   095790 (ABI-FV)
3rd COA#:   03-15-00301-CR

Dear Ms. Schmid:

We received notice that the Third Court of Appeals received a copy of the reporter's record. By letter dated April 22, 2015, we requested that you forward the reporter's record to the Texas Court of Criminal Appeals in accordance with articles 11.07(3)(c) and 11.09. Additionally, we paid your fee of $75 by check# 2414 to do the same.

On May 12, 2015, you informed this office that you could not file the transcript until we filed a notice of appeal with the Third Court of Appeals. Consequently, we filed a notice of appeal with the Third Court of Appeals. Please send me a copy of the transcript.

If you have any questions, do not hesitate to contact me at 512-757-8830.

Yours truly,

David A. Mendoza
Attorney at Law
SBN 24046426

Cc:    Hays County District Attorney, via facsimile 512-393-7619
       Third Court of Appeals, P.O. Box 12547, Austin, Texas 78711-2547

RECEIVED
JUN 08 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

• PH: 512-757-8830 • MENDOZAONE@YAHOO.COM • WWW.DOZALAW.COM • FAX: 512-878-8426 •

**DAVID A. MENDOZA, ATTORNEY AT LAW**
MENDOZA LAW OFFICES, PLLC
608 S. GUADALUPE STREET
SAN MARCOS, TEXAS 78666



AUSTIN TX 787
RIO GRANDE DISTRICT
03 JUN 2015 PM 5 L

78711254747

Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

FOREVER USA